## C. L. & W. REFINING COMPANY, Inc., v. STATE of Texas et al.

### No. 3247.

Court of Civil Appeals of Texas. El Paso.
July 3, 1935.

F. W. Fischer, of Tyler, for appellant.

William McCraw, Atty. Gen., and Archie D. Gray and Tom D. Rowell, Jr., Asst. Attys. Gen., for appellees.

WALTHALL, Justice.

This is an appeal from an order granting a temporary injunction. It is a companion case to Geo. L. Culver v. State of Texas, 85 S.W.(2d) 261, and Geo. L. Culver, doing business as Consolidated Refinery, v. State of Texas, 85 S.W.(2d) 262, this day decided by this court.

For the reasons stated in the opinions handed down in such companion cases, and in Tyreco Refining Co. v. State (Tex. Civ. App.) 81 S.W.(2d) 291, the order appealed from is affirmed.